C. Wylie Allen, and Giffin, Winning, Lindner & Newkirk, for plaintiff-appellee; Montgomery S. Winning, and James M. Winning, of counsel; Ivan A. Elliott, Attorney General of State of Illinois, for defendants-appellees; William C. Wines, James C. Craven, and Raymond S. Sarnow, of counsel. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed June 10, 1952; rehearing denied August 18, 1952; released for publication August 18, 1952.

## Helen Heitz, Ruth Heitz, now Ruth Heitz Hopkins, and Charles Heitz, Plaintiffs-Appellees, v. Ernest Hersheway, Defendant-Appellant.

### Gen. No. 10,610.

DOVE, P. J., dissenting.

Zwanig, Thompson & Lanuti, for appellant; Berry & O'Conor, for appellees. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed July 3, 1952; rehearing denied August 18, 1952; released for publication August 18, 1952.